

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00319-CV

| | | |
|---|---|---|
| MYRMAC Corporation a/k/a McDonalds | § | From the 43rd District Court |
| | § | of Parker County (CV15-0078) |
| v. | § | March 30, 2017 |
| P.H., Individually and as Next Friend of C.H. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the default judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee P.H., Individually and as Next Friend of C.H. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel